# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150216 & (24)

BLUE WATER SPORTS MANAGEMENT, LLC,
d/b/a MICHIGAN ELITE VOLLEYBALL
ACADEMY,

      Plaintiff-Appellee,

SC: 150216
COA: 322092
Macomb CC: 2013-004805-CZ

v

ULTIMATE VOLLEYBALL GROUP, LLC, a/k/a
3D VOLLEYBALL CLUB, a/k/a TEAM DETROIT
VOLLEYBALL, a/k/a VOLLEYMASTERS
TRAINING SYSTEMS, JEFFREY D. GABEL,
PAIGE GABEL, LAWRENCE WYATT, AMBER
WYATT, EDWARD RUHL, BRANDON
PARSLEY, JOHN KALUGAR, and SHILO
STEWART,

      Defendants-Appellants.

_____/

      On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2014

_____

